BENZ AUTO IMPORT COMPANY OF AMERICA, Appellant, *v.* JESSE FROEHLICH, Respondent.

*Benz Auto Import Co. of America* v. *Froehlich,* 161 App. Div. 929, affirmed.

(Submitted May 10, 1917; decided May 25, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 25, 1914, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for goods alleged to have been sold and delivered. The complaint alleged that the plaintiff, between January 2, 1912, and June 7, 1912, and on various dates and in various amounts and at the request of the defendant, sold and delivered to the defendant certain motor cars and accessories at an agreed price; that this purchase price was payable within ten days after delivery, and that the

money was due and owing and no part of it had been paid by the defendant to the plaintiff. Under a general denial defendant offered evidence tending to establish that he did not buy the goods; that there had been no sale to him, and that he never promised to pay therefor, but that the goods were delivered to him pursuant to an agreement that he was to take them in payment of a debt due to him by Benz & Cie, and the plaintiff should charge the amount thereof to Benz & Cie, to whom the plaintiff was indebted.

*Charles Oakes* for appellant.

*Jesse S. Epstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan and Cardozo, JJ. Not sitting: McLaughlin, J.